**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: Ameri-Dream Realty, LLC, | 2:16-cv-00060-JAD-GWF |
| Debtor | **Order Denying Request for Status Check** |
| _____ | [ECF No. 7] |
| Victoria Nelson, in her capacity as the Chapter 7 Trustee of Ameri-Dream Realty, LLC | |
| v. | |
| XL America, Inc. et al., | |
| Defendants | |

A motion to withdraw reference has been fully briefed in this case since February.[1]  The parties now move the court for a hearing on the status of that motion.[2]  I assure the parties that I am well aware of their fully briefed motion, it is one of the hundreds of motions pending before me, and it will be decided as soon as possible.

With that status update, IT IS HEREBY ORDERED that the Joint Application for Status Check **[ECF No. 7] is DENIED** as moot.

DATED: August 10, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF Nos. 1, 3, 4.

[2] ECF No. 7.