Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Chapter 7 Trustee, Victoria L. Nelson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>AMERI-DREAM REALTY, LLC,<br><br>　　　　　　Debtor.<br>_____<br>VICTORIA NELSON, In Her Capacity As The Chapter 7 Trustee Of AMERI-DREAM REALTY, LLC,<br>　　　　　　Plaintiff,<br>v.<br><br>XL AMERICA, INC.; XL INSURANCE AMERICA, INC.; XL SELECT PROFESSIONAL; PEARL INSURANCE GROUP, LLC; GREENWICH INSURANCE COMPANY; and DOES I through X; and ROE CORPORATE DEFENDANTS XI through XX,<br>　　　　　　Defendants.<br>_____ | Case No. 2:16-cv-00060-JAD-GWF<br><br>Bankruptcy Case No.: 15-10110-LED<br><br>Chapter 7<br><br><br><br>Adv. Proceeding No.: 15-01183-LED<br><br><br>**STIPULATION AND ORDER CONTINUING BRIEFING DEADLINES** |

　　　Plaintiff, Victoria Nelson, in her capacity as the Chapter 7 Trustee of Ameri-Dream Realty, LLC (the "**Plaintiff**"), by and though her attorneys of record Schwartz Flansburg PLLC, and XL America, Inc., XL Insurance America, Inc., XL Select Professional, Pearl Insurance Group, LLC, Greenwich Insurance Company (collectively, the "**Defendants**"), by an through

1

4816-3771-4240, v. 1

their attorneys of record, Wilson Elser Moskowitz Edelman & Dicker LLP, hereby stipulate and agree as follows:

WHEREAS, on November 15, 2016, this Court entered an order granting Defendants' motion to withdraw the reference from bankruptcy court to this Court;

WHEREAS, on December 22, 2016, the Plaintiff filed her Motion for Summary Judgment (the "**MSJ**") against all Defendants;

WHEREAS, on December 27, 2016, the Defendants XL America, Inc., XL Insurance America, Inc., XL Select Professional and Pearl Insurance Group, LLC filed their Motion to Dismiss the Complaint, and that same day, Defendant Greenwich Insurance Company filed its Motion to Dismiss the Complaint (collectively, the "**MTDs**");

WHEREAS, the current deadline for Plaintiff to file an opposition to the MTDs is January 10, 2017, and the deadline for Defendants to file an opposition to the MSJ is January 12, 2017; and

WHEREAS, the parties desire to extend the briefing deadlines as set forth herein.

NOW, THEREFORE, the Plaintiff and Defendants hereby stipulate and agree to the following, and concurrently seek this Court's approval of the same.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's deadline to file an opposition to the MTDs shall be January 13, 2017; and

IT IS FURTHER STIPULATED AND AGREED that Defendants' deadline to file an opposition to the MSJ shall be January 17, 2017; and

IT IS FURTHER STIPULATED AND AGREED that Defendants' deadline to file a reply to Plaintiff's opposition to the MTDs shall be two weeks after the opposition is filed, or January 27, 2017; and

4816-3771-4240, v. 1

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's deadline to file a reply to Defendants' opposition to the MSJ shall be two weeks after the opposition is filed, or January 31, 2017.

Date:  January 9, 2017

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Plaintiff

Date:  January 9, 2017

By: /s/ Jennifer W. Arledge
Jennifer W. Arledge, Esq.
Nevada Bar No. 8729
Wilson Elser Moskowitz Edelman & Dicker LLP
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
Telephone: (702)727-1400
Facsimile: (702) 727-1401
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: January 9, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

Schwartz Flansburg PLLC

By:  /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Attorneys for Plaintiff

4816-3771-4240, v. 1