| | |
|---|---|
| 1 | Jennifer Willis Arledge, Esq. |
| | Nevada Bar No. 8729 |
| 2 | Email: Jennifer.arledge@wilsonelser.com |
| | WILSON, ELSER, MOSKOWITZ, |
| 3 | EDELMAN & DICKER LLP |
| | 300 South 4th Street, 11th Floor |
| 4 | Las Vegas, NV 89101-6014 |
| | Telephone: (702) 727-1400 |
| 5 | Facsimile: (702) 727-1401 |
| | Attorneys for Defendants |
| 6 | XL AMERICA, INC., XL INSURANCE AMERICA, INC., |
| | XL SELECT PROFESSIONAL, PEARL INSURANCE GROUP, LLC, |
| 7 | GREENWICH INSURANCE GROUP |

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIA NELSON, In Her Capacity As The Chapter 7 Trustee Of AMERI-DREAM REALTY, LLC, | Case No.: 2:16-cv-00060-JAD-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| XL AMERICA, INC.; XL INSURANCE AMERICA, INC.; XL SELECT PROFESSIONAL; PEARL INSURANCE GROUP, LLC; GREENWICH INSURANCE COMPANY; and DOES I through X; and ROE CORPORATE DEFENDANTS XI through XX, | |
| Defendants. | |

Plaintiff VICTORIA NELSON, in her capacity as the Chapter 7 Trustee of AMERI-DREAM REALTY, LLC, ("PLAINTIFF") by and through undersigned counsel, and Defendants XL AMERICA, INC., XL INSURANCE AMERICA, INC., XL SELECT PROFESSIONAL, PEARL INSURANCE GROUP, LLC, GREENWICH INSURANCE GROUP ("DEFENDANTS") by and through undersigned counsel, hereby stipulate and agree that the time in which DEFENDANTS may file a responsive pleading to the Complaint or any amended complaint that may be filed in

1207253v.1

accordance with the Court's September 21, 2017, Order (Doc. No. 33), shall be extended up to and including October 31, 2017.

Dated this 2nd day of October, 2017.

SCHWARTZ FLANSBURG PLLC

*per written authority JWA*

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
6623 Las Vegas Blvd South, Suite 300
Las Vegas, NV 89119
(702) 385-5544
Attorneys for PLAINTIFF VICTORIA NELSON, In Her Capacity As The Chapter 7 Trustee Of AMERI-DREAM REALTY, LLC

Dated this 2nd day of October, 2017.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Jennifer W. Arledge*

JENNIFER WILLIS ARLEDGE
Nevada Bar No.: 8729
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400
Attorneys for Defendants XL AMERICA, INC., XL INSURANCE AMERICA, INC., XL SELECT PROFESSIONAL, PEARL INSURANCE GROUP, LLC, GREENWICH INSURANCE GROUP

## ORDER

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, the time in which DEFENDANTS may file a responsive pleading to the Amended Complaint shall be extended up to and including October 31, 2017.

IT IS SO ORDERED.

Dated: 10/03/2017

_____
UNITED STATES MAGISTRATE JUDGE

2

1207253v.1