Jennifer Willis Arledge, Esq.
Nevada Bar No. 8729
Email: Jennifer.arledge@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401

Attorneys for Defendants
XL AMERICA, INC., XL INSURANCE AMERICA, INC.,
XL SELECT PROFESSIONAL, PEARL INSURANCE GROUP, LLC,
GREENWICH INSURANCE GROUP

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIA NELSON, In Her Capacity As The Chapter 7 Trustee Of AMERI-DREAM REALTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>XL AMERICA, INC.; XL INSURANCE AMERICA, INC.; XL SELECT PROFESSIONAL; PEARL INSURANCE GROUP, LLC; GREENWICH INSURANCE COMPANY; and DOES I through X; and ROE CORPORATE DEFENDANTS XI through XX,<br><br>Defendants. | Case No.: 2:16-cv-00060-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**<br><br>ECF No. 44 |

Plaintiff VICTORIA NELSON, in her capacity as the Chapter 7 Trustee of AMERI-DREAM REALTY, LLC, ("PLAINTIFF") by and through undersigned counsel, and Defendants XL AMERICA, INC., XL INSURANCE AMERICA, INC., XL SELECT PROFESSIONAL, PEARL INSURANCE GROUP, LLC, GREENWICH INSURANCE GROUP ("DEFENDANTS") by and through undersigned counsel, hereby stipulate and agree that the time in which DEFENDANTS may file its Reply in Support of Defendant's Motion to Dismiss the First Amended Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6) and its Reply in Support of Defendant Greenwich Insurance Company's

1227920v.1

1 | Motion to Dismiss Pursuant to Fed. R. Civ. Pro. 12(b)(6) shall be extended up to and including November 27, 2017.

On or about November 17, 2017, counsel for DEFENDANTS informed PLAINTIFF's counsel that DEFENDANT's counsel would be out of the country due to the Thanksgiving holiday and would be unable to file its Replies on or before November 20, 2017, necessitating an extension of time to file. After a meet and confer, all parties agreed to a one-week extension to file or November 27, 2017.

PLAINTIFF and DEFENDANTS further stipulate and agree that the time in which DEFENDANTS may file an opposition to PLAINTIFF's Countermotion for Leave to Amend First Amended Complaint previously filed on November 13, 2017, shall not be extended. DEFENDANTS shall file its Opposition on or before November 27, 2017.

As a matter of efficiency and clarity for all parties and this Court, the parties stipulate and agree that DEFENDANTS' Reply in Support of Defendant's Motion to Dismiss the First Amended Complaint Pursuant to Fed. R. Civ. Pro. 12(b)(6), its Reply in Support of Defendant Greenwich Insurance Company's Motion to Dismiss Pursuant to Fed. R. Civ. Pro. 12(b)(6), and its Opposition to PLAINTIFF's Countermotion for Leave to Amend First Amended Complaint shall all be filed on the same date, November 27, 2017.

Dated this 21th day of November, 2017.

SCHWARTZ FLANSBURG PLLC

 /s/ Bryan A. Lindsey
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
6623 Las Vegas Blvd South, Suite 300
Las Vegas, NV 89119
(702) 385-5544
Attorneys for PLAINTIFF VICTORIA NELSON, In Her Capacity As The Chapter 7 Trustee Of AMERI-DREAM REALTY, LLC

Dated this 21th day of November, 2017.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

 /s/ Jennifer Willis Arledge
JENNIFER WILLIS ARLEDGE
Nevada Bar No.: 8729
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400
Attorneys for Defendants XL AMERICA, INC., XL INSURANCE AMERICA, INC., XL SELECT PROFESSIONAL, PEARL INSURANCE GROUP, LLC, GREENWICH INSURANCE GROUP

1227920v.1

2  **IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer Dorsey
November 21, 2017