Jennifer Willis Arledge, Esq.
Nevada Bar No. 8729
Email: Jennifer.arledge@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401

Attorneys for Defendants
XL AMERICA, INC., XL INSURANCE AMERICA, INC.,
XL SELECT PROFESSIONAL, PEARL INSURANCE GROUP, LLC,
GREENWICH INSURANCE GROUP

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA NELSON, In Her Capacity As The Chapter 7 Trustee Of AMERI-DREAM REALTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>XL AMERICA, INC.; XL INSURANCE AMERICA, INC.; XL SELECT PROFESSIONAL; PEARL INSURANCE GROUP, LLC; GREENWICH INSURANCE COMPANY; and DOES I through X; and ROE CORPORATE DEFENDANTS XI through XX,<br><br>Defendants. | Case No.: 2:16-cv-00060-JAD-GWF<br><br>**STIPULATION AND ORDER TO SUBSTITUTE SUCCESSOR TRUSTEE AS PLAINTIFF AND TO DISMISS ALL CLAIMS, WITH PREJUDICE**<br><br>ECF Nos. 51, 52 |

COME NOW, SHELLEY D. KROHN, as Successor Chapter 7 Bankruptcy Trustee of Ameri-Dream Realty, LLC, ("PLAINTIFF") and Defendants, XL AMERICA, INC.; XL INSURANCE AMERICA, INC.; XL SELECT PROFESSIONAL; PEARL INSURANCE GROUP, LLC; GREENWICH INSURANCE COMPANY, (collectively "DEFENDANTS"), by and through their undersigned counsel, hereby stipulate and agree to substitute SHELLEY D. KROHN as Plaintiff in this matter in the place and stead of former Chapter 7 Trustee, VICTORIA NELSON. The basis for this Stipulation is that SHELLEY D. KROHN was appointed Successor Chapter 7

1411554v.1

Trustee by the United States Bankruptcy Court, District of Nevada, on January 19, 2018, to replace VICTORIA NELSON, due to her death.

PLAINTIFF and DEFENDANTS further stipulate and agree that all claims against DEFENDANTS shall be dismissed, with prejudice. All parties will bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

AGREED TO:

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | SCHWARTZ FLANSBURG, PLLC |
|---|---|
| *Jennifer W. Arledge* (signature)<br>Jennifer Willis Arledge, Esq.<br>Nevada Bar No. 8729<br>300 South 4th Street, 11th Floor<br>Las Vegas, NV 89101<br>Attorneys for Defendants XL AMERICA, INC., XL INSURANCE AMERICA, INC., XL SELECT PROFESSIONAL, PEARL INSURANCE GROUP, LLC, GREENWICH INSURANCE GROUP | /s/ Samuel A. Schwartz<br>Samuel A. Schwartz, Esq.<br>Nevada Bar No. 10985<br>6623 Las Vegas Boulevard, South, Suite 300<br>Las Vegas, NV 89119<br>Attorneys for Plaintiff SHELLEY D. KROHN, Successor Chapter 7 Trustee |

2

1411554v.1

## ORDER

Based on the parties' stipulation **[ECF Nos. 51, 52]** and good cause appearing, IT IS HEREBY ORDERED that Shelley D. Krohn, Successor Chapter 7 Bankruptcy Trustee is substituted in as the plaintiff in this case in place of Victoria Nelson.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 29, 2019

Respectfully submitted by:

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

_____
Jennifer Willis Arledge, Esq.
Nevada Bar No. 8729
300 South 4th Street, 11th Floor
Las Vegas, NV  89101
Attorneys for Defendants XL AMERICA, INC., XL INSURANCE AMERICA, INC., XL SELECT PROFESSIONAL, PEARL INSURANCE GROUP, LLC, GREENWICH INSURANCE GROUP

1411554v.1